```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         EASTERN DIVISION
```

**JETHRO WALLACE, JR., #62149**                                               **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 4:05cv65TSL-AGN**

**MARY MCCLODE and**
**CLARKE COUNTY SHERIFF'S DEPARTMENT**                                     **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

    This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

    SO ORDERED AND ADJUDGED, this the <u>19th</u> day of January, 2006.


                                    <u>/s/ Tom S. Lee</u>
                                    UNITED STATES DISTRICT JUDGE